# UNITED STATES DISTRICT COURT
## Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JUSTIN N. POCRNICH** | **JUDGMENT IN A CRIMINAL CASE**<br>(for **Revocation** of Probation or Supervised Release)<br><br>Case Number: **13-CR-40053-JPG-3**<br>USM Number: **10269-025**<br><br>**MELISSA A. DAY**<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  <u>As alleged below</u>  of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory | The offender committed the offense of False Statements. | 10/29/2018 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Last Four Digits of Defendant's Soc. Sec.: 4641

Defendant's Year of Birth: 1985

City and State of Defendant's Residence:
Newton, Illinois

November 29, 2018
Date of Imposition of Judgment

*/s/ J. Phil Gilbert*
Signature of Judge

J. Phil Gilbert, U.S. District Judge
Name and Title of Judge

Date Signed: *11-29-2018*

## ADDITIONAL COUNTS OF CONVICTION

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Mandatory | The offender unlawfully possessed methamphetamine, a controlled substance, in that he tested positive for methamphetamine by urinalysis. | 5/15/2018 |
| | The offender unlawfully possessed methamphetamine, a controlled substance, in that he tested positive for methamphetamine by urinalysis. | 5/22/2018 |
| | The offender unlawfully possessed methamphetamine, a controlled substance, in that he tested positive for methamphetamine by urinalysis. | 10/19/2018 |
| | The offender unlawfully possessed marijuana, a controlled substance, in that he tested positive for marijuana by urinalysis. | 10/19/2018 |
| Standard #2 | The offender failed to submit monthly report forms for the following months: April 2018; May 2018; August 2018; and September 2018. | 9/2018 |
| Standard #3 | The offender failed to provide truthful information to the probation officer concerning his drug use. | 10/19/2018 |
| Standard #5 | The offender failed to maintain employment since April 16, 2018. | 4/16/2018 |
| Standard #6 | The offender changed residences without notifying the probation officer. | 4/16/2018 |
| | The offender was fired from his employment without notifying the probation officer. | 4/16/2018 |
| Standard #9 | Offender associated with Clayton Beavers, a convicted felon, without permission of the probation officer. | 10/2018 |
| Special | The offender failed to attend substance abuse counseling. | 10/4/2018 |
| | The offender failed to attend substance abuse counseling. | 10/5/2018 |
| | The offender failed to attend substance abuse counseling. | 10/16/2018 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **24 months**

- ☒ The court makes the following recommendations to the Bureau of Prisons:
  The Court recommends the Defendant receive mental health and drug treatment.
- ☒ The defendant is remanded to the custody of the United States Marshal.
- ☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on
  ☐ as notified by the United States Marshal.

- ☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL